UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLIVET UNIVERSITY,

    Plaintiff,

v.                                          CASE NO. 8:25-cv-01678-SDM-TGW

ALEZ ROUHANDEH et al.,

    Defendant.
_____/

## **ORDER**

Olivet University sues (Doc. 1) Alex Rouhandeh, Dev Pragad, Nancy Cooper, Dayan Candappa, and Naveed Jamali for defamation. Under Rule 4(m), Federal Rules of Civil Procedure, Olivet must serve each defendant no later than ninety days after the complaint. After more than three months, Olivet University fails to provide, in accord with Local Rule 1.10, proof of service for the defendant.

Under Rule 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Further, under Rule 6(b)(1)(B), "[w]hen an act . . . must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect."

No later than **JANUARY 1, 2026**, Olivet may move for an extension of time within which to serve the defendant. Under Rule 4(m), the motion must "show[] good cause for the failure" to serve each defendant within ninety days. Also, under Rule 6(b)(1)(B), the motion must show "excusable neglect" for the failure to request an extension before the expiration of the time within which to serve the defendant. An affidavit or other verified paper must support each factual assertion; the order granting or denying the motion will disregard any unsworn factual assertion. If Olivet fails to timely show both good cause and excusable neglect, an order will dismiss the action without prejudice and without further notice.

ORDERED in Tampa, Florida, on December 18, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE